UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RICKY WILLIAMS                                                                                   PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:08CV321 DPJ-JCS

UNITED STATES OF AMERICA                                                                DEFENDANT

JUDGMENT

For the reasons given in the order granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 3th day of September, 2009.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE